# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOODY WOODROW TANKSLEY, | ) | No. CV 11-4871-PSG(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JOSEPH AIKENS, et al., | ) | |
| Defendant, | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6 and the orders of this court.

DATE November 6, 2013

_____
PHILIP S. GUTIERREZ
United States District Judge